IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESUS GUTIERREZ, JR.,** <br><br> Petitioner, <br><br> v. <br><br> **OAK SMITH, Acting Warden,** <br><br> Respondent. | Case No. 2:23-cv-00712-KJM-JDP <br><br> [**PROPOSED**] ORDER |
| **CHRISTOPHER VANNING JOHNSON,** <br><br> Petitioner, <br><br> v. <br><br> **TRENT ALLEN, Warden,** <br><br> Respondent. | Case No. 2:23-cv-00920-KJM-JDP |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until August 22, 2023, to file an answer to the petition for writ of habeas corpus filed by petitioner Jesus Gutierrez, Jr. Petitioner may file a response within 30 days of the date the answer is served.

IT IS SO ORDERED.

Dated:   July 9, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE