IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESUS GUTIERREZ, JR.,** | Case No.  2:23-cv-00712-KJM-JDP |
| Petitioner, | |
| **v.** | |
| **OAK SMITH, Acting Warden,** | |
| Respondent. | |
| **CHRISTOPHER VANNING JOHNSON,** | Case No.  2:23-cv-00920-KJM-JDP |
| Petitioner, | **[PROPOSED] ORDER** |
| **v.** | |
| **TRENT ALLEN, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until

September 22, 2023 to file an answer to the petition for writ of habeas corpus filed by petitioner

Christopher Vanning Johnson.  Petitioner may file a response within 30 days of the date the answer is served.

IT IS SO ORDERED.

Dated:   July 19, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE