Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Paul McCarthy Bar no. 139497
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioners*
JESUS GUTIERREZ, JR. and
CHRISTOPHER VANNING JOHNSON

# United States District Court
### Eastern District of California
### Sacramento Courthouse

| | |
|---|---|
| JESUS GUTIERREZ, JR.,<br><br>                    Petitioner,<br>          vs.<br><br>OAK SMITH, Acting Warden San Quentin State Prison, California,<br><br>                    *Respondent.*<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                    *Real Party in Interest.* | No. 2:23-cv-00712-KJM-JDP<br><br>~~PROPOSED~~ ORDER GRANTING 32 DAY EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM<br><br>*(Unopposed)* |
| CHRISTOPHER VANNING JOHNSON<br><br>                    *Petitioner*,<br>          vs.<br><br>TRENT ALLEN, Warden, Salinas Valley State Prison, Soledad California,<br><br>                    *Respondent.*<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                    *Real Party in Interest.* | No. 2:23-cv-00920-KJM-JDP |

**~~PROPOSED~~ ORDER GRANTING 32 DAY EXTENSION OF
TIME TO FILE TRAVERSE AND REPLY MEMORANDUM**

~~Proposed~~ Order Granting 32 Day Extension of Time to File Traverse and Reply Memorandum

Good cause appearing, and the motion being unopposed, this court grants petitioners a 32 day extension of time to file the traverse and reply memorandum, from Thursday, October 19, 2023, to and including Monday, November 20, 2023.

IT IS SO ORDERED.

Dated:  October 18, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE