Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Paul McCarthy Bar no. 139497
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioners*
*JESUS GUTIERREZ, JR. and*
*CHRISTOPHER VANNING JOHNSON*

# United States District Court
### Eastern District of California
### Sacramento Courthouse

| | |
|---|---|
| JESUS GUTIERREZ, JR., <br><br> Petitioner, <br> vs. <br><br> OAK SMITH, Acting Warden San Quentin State Prison, California, <br><br> *Respondent.* <br><br> PEOPLE OF THE STATE OF CALIFORNIA, <br><br> *Real Party in Interest.* | No. 2:23-cv-00712-KJM-JDP <br><br> ~~PROPOSED~~ ORDER GRANTING 32-DAY EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM <br><br> *(Unopposed)* |
| CHRISTOPHER VANNING JOHNSON <br><br> *Petitioner*, <br> vs. <br><br> TRENT ALLEN, Warden, Salinas Valley State Prison, Soledad California, <br><br> *Respondent.* <br><br> PEOPLE OF THE STATE OF CALIFORNIA, <br><br> *Real Party in Interest.* | No. 2:23-cv-00920-KJM-JDP |

**~~PROPOSED~~ ORDER GRANTING 32 DAY EXTENSION OF
TIME TO FILE TRAVERSE AND REPLY MEMORANDUM**

~~Proposed~~ Order Granting 30 Day Extension of Time to File Traverse and Reply Memorandum

Good cause appearing, and the motion being unopposed, this court grants petitioners a 30-day extension of time to file the traverse and reply memorandum, from Wednesday, December 20, 2023, to and including Friday, January 19, 2024.  Petitioner's traverse, ECF No. 28, is deemed timely.

IT IS SO ORDERED.

Dated:   May 28, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE