1  Law Offices of Beles & Beles
   Robert J. Beles Bar no. 41993
2  Paul McCarthy Bar no. 139497
   One Kaiser Plaza, Suite 2300
3  Oakland, California 94612-3642
   Tel No. (510) 836-0100
4  Fax. No. (510) 832-3690

5  Attorneys for *Petitioners*
   J ESUS G UTIERREZ, J R. and
6  C HRISTOPHER V ANNING J OHNSON

United States District Court
Eastern District of California
Sacramento Courthouse

| | |
|---|---|
| J ESUS G UTIERREZ, J R., | No. 2:23-cv-00712-KJM-JDP |
| Petitioner, vs. | ~~PROPOSED~~ ORDER SUBSTITUTING RESPONDENT WARDEN (JOHNSON*)* |
| O AK S MITH, Acting Warden San Quentin State Prison, California, | |
| *Respondent.* | |
| P EOPLE OF THE S TATE OF C ALIFORNIA, | |
| *Real Party in Interest.* | |
| C HRISTOPHER V ANNING J OHNSON | No. 2:23-cv-00920-KJM-JDP |
| *Petitioner*, vs. | |
| T RENT A LLEN, Warden, Salinas Valley State Prison, Soledad California, | |
| *Respondent.* | |
| P EOPLE OF THE S TATE OF C ALIFORNIA, | |
| *Real Party in Interest.* | |

**~~PROPOSED~~ ORDER SUBSTITUTING RESPONDENT WARDEN (JOHNSON)**

~~Proposed~~ Order Substituting Respondent Warden (Gutierrez)

Good cause appearing, this court substitutes Raul Morales, Acting Warden, Substance Abuse Treatment Facility, Vacaville, California in place of Trent Allen, Warden, Salinas Valley State Prison, Soledad California, to reflect petitioner's transfer to the Substance Abuse Treatment Facility.

IT IS SO ORDERED.

Dated:   August 7, 2025                                   _____
                                                          JEREMY D. PETERSON
                                                          UNITED STATES MAGISTRATE JUDGE