Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Paul McCarthy Bar no. 139497
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioners*
*JESUS GUTIERREZ, JR. and*
*CHRISTOPHER VANNING JOHNSON*

United States District Court
Eastern District of California
Robert T. Matsui Federal Courthouse – Sacramento

| | |
|---|---|
| JESUS GUTIERREZ, JR.,<br><br>            Petitioner,<br>vs.<br><br>OAK SMITH, Acting Warden San Quentin State Prison, California,<br><br>        *Respondent.*<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        *Real Party in Interest.* | No. 2:23-cv-00712-KJM-JDP<br><br>PROPOSED ORDER SUBSTITUTING RESPONDENTS<br><br>*(Unopposed)* |
| CHRISTOPHER VANNING JOHNSON<br><br>        *Petitioner*,<br>vs.<br><br>TRENT ALLEN, Warden, Salinas Valley State Prison, Soledad California,<br><br>        *Respondent.*<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        *Real Party in Interest.* | No. 2:23-cv-00920-KJM-JDP |

**~~PROPOSED~~ ORDER SUBSTITUTING RESPONDENTS**

Good cause appearing, this court substitutes the respondent wardens to reflect petitioners' transfer to different institutions as follows:

**Jesus Gutierrez, Jr,, CDN BL4937:** This court orders that Sircoya M. Williams, Acting Warden, California Medical Facility, Vacaville, California, be substituted as respondent in place of Oak Smith, Acting Warden, San Quentin State Prison, California.

**Christopher Vanning Johnson, CDN BL5542:** This court orders that Raul Morales, Acting Warden, Substance Abuse Treatment Facility, Corcoran, California, be substituted as respondent in place of Trent Allen, Warden, Salinas Valley State Prison, Soledad California.

IT IS SO ORDERED.

Dated:   December 10, 2025                       _____
                                                 JEREMY D. PETERSON
                                                 UNITED STATES MAGISTRATE JUDGE